# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTHUR SIMON ) | |
| ) | CIVIL ACTION NO. 2:11-cv-02369-JCZ-DEK |
| Plaintiff ) | |
| ) | SECTION |
| v. ) | JUDGE JAY C. ZAINEY |
| ) | |
| HOLIDAY RETIREMENT CORP. ) | DIVISION |
| ) | MAGISTRATE |
| Defendant ) | JUDGE DANIEL E. KNOWLES |
| ) | |

## ORDER

The Court has received the parties' joint stipulation of dismissal with prejudice. Based on the parties' stipulation, the Court hereby ORDERS that this case be DISMISSED with prejudice, with the parties bearing their own costs of court and attorneys' fees.

Entered this 23rd day of February, 2012.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE